NEW YORK
June and
July, 1825.

Newman
v.
Van Antwerp

---

NEWMAN, Plaintiff in Error,
*against*
VAN ANTWERP, Defendant in Error.

This court, on granting a rule, that the writ of error and transcript from the supreme court be not received, pursuant to the first rule of this court, has no power to award the costs of the motion.

Till the writ of error be returned, the court of errors are not in possession of the cause, so as to render any judgment.

The power of this court to give costs, upon a writ of error, depends upon statute (1 R. L. 346 ;) which does not provide for costs on a mere *ne recipiatur.*

ON moving for, and taking a rule that the writ of error and transcript in this cause be not received, under the *first* general rule of this Court, (16 John. Rep. 603,)

*W. Sampson*, for the defendant, moved also for the costs of the motion ; and to support this branch of the application, he relied on *Webb* v. *Brown*, (19 John. Rep. 453.)

COLDEN, Senator. The power of this Court to give costs, on a writ of error, depends upon the statute concerning costs. (1 R. L. 343.) Sections 13, 14 and 15 of this statute, (id 346,) provide for costs upon affirmance, reversal, nonsuit, discontinuance and quashing the writ of error ; but I am aware of no statute which gives costs upon a mere rule not to receive the writ. It is true that costs were given in the case cited ; but the point was not made by counsel ; and probably not thought of by the Court. We

NEW YORK,  are not yet possessed of the cause ; and have no materials
June and   before us on which to frame a record of judgment.
July, 1825.

Newman        CRAMER, GARDINER, HAIGHT, KEYES, LAKE, LYNDE,
v.
Van Antwerp. MᶜCALL, MᶜINTYRE, WILKINSON, and WRIGHT, *Sena-*
*tors,* concurred.

SANFORD, Chancellor. I should regret such a want of
power in this Court. If there be no means of punishing a
party in costs, who brings his writ of error and delays his
adversary, without cause, there is a defect in the law. This
may not be technically a discontinuance; but I incline to
consider it one, within the thirteenth section of the statute,
1 R. L. 346, and am disposed to follow the case cited. I
agree that the court should not give costs, unless they are
authorized to do so by the statute. When a writ is issued,
there is a cause commenced and pending, which is suscep-
tible of a discontinuance.

BOWMAN, BURT, DUDLEY, EARLL, ELLSWORTH,
GREENLY, LEFFERTS, MᶜMICHAEL, REDFIELD, and
WOOSTER, *Senators,* concurred.

The Court being thus equally divided, the casting voice
was given by

TALLMADGE, President. I think costs are not warranted
by the statute. To my mind this is neither a nonsuit nor
discontinuance. The penalty imposed by the first rule of
the Court, upon which the defendant in error comes here,
is, that in default of returning the writ of error and tran-
script, the plaintiff in error shall lose the benefit of the writ.
Nothing is there said of costs, or that any judgment shall
be rendered. The course under that rule is to proceed
summarily, by motion, for a mere *ne recipiatur.* I think
we are not possessed of the cause, for the purpose of ren-
dering any judgment whatever, properly so called, until
the writ be returned. This may be a *casus omissus* in the
statute; but the question is not very important. The costs
on a motion of this kind cannot much exceed a retaining
fee. I think they cannot be allowed.

                                   Rule accordingly.

## GENERAL RULE.

*July 6th,* 1825.

ORDERED, that whenever an appeal or writ of error shall be brought on for argument, and the reasons of the Court below shall not be annexed to the case, the cause shall not be heard, unless it shall be made to appear by affidavit, that application was made for such reasons, and that the same could not be obtained.

---

## RECEPTION OF GENERAL LA FAYETTE.

On the evening of· the 3d of July, the business of the Court not being yet completed, and the President being informed that

### GENERAL LA FAYETTE

Would be pleased to visit the Court, they adjourned to 10 o'clock A. M. of the next day, at their chamber in the City Hall. The Court having assembled accordingly, the General soon after appeared, and having been seated, was addressed by the President as follows :

GENERAL LA FAYETTE—The Senate of this state, now assembled as a Court of ultimate appeal, have directed me on their behalf, and in behalf of the people of this state, whom we represent, to congratulate you on your safe return to this city, and to tender to you renewed assurances of high respect.

Gratitude for your public services has been evinced from all classes of society ; it is steady and unceasing ; and will, as it has heretofore, attend you in every vicissitude of life. But your presence with us on the day of this anniversary, recalls scenes which have passed, and awakens all our sensibilities.

In the helpless infancy of our country, and before it had obtained a place amongst the nations of the earth ; and when we were oppressed and borne down by the strong arm of tyranny, you came to our succor. You generously put

NEW YORK, July, 1825.

General La Fayette.

your life and fortune upon the cause of our country. You aided our fathers to establish that independence, the jubilee of which we have this day assembled to commemorate.

In the pride of your youth, and in the vigor of manhood you came clad in arms, to support our just cause, and partake in the perils of our fathers ; it is their children's joy, in this day of their strength and prosperity, and when the veil of time is closing on the fullness of your years, to acknowledge you as their benefactor. Our mothers taught us in our infancy to lisp your name ; our fathers have instructed us to emulate your example.

Your recent tour throughout this country has enabled you to witness the progress of improvement, and to contrast in your recollection our present with our past condition. The relative condition of a people enslaved, and a people in the full enjoyment of freedom, is here strongly exemplified. The wilderness has vanished before the arm of independent industry. The ignorance of *subjects* has given way to the intelligence of freemen. Plenty has taken the place of want. Prosperity and strength have been substituted for poverty and weakness. The two millions and a half of *subjects* whom you came to enfranchise, and to aid in the day of their adversity, now count about eleven millions of hardy freemen, all uniting with one accord, in this celebration. In alluding to the progress of improvement, it will not be forgotten that the MARBLE HALL, in which we are now assembled, an edifice splendid, even as a monument of the arts, and which the growth of this city has already left short of its centre, occupies the place which was a common waste without the city, when you toiled in our cause, and was then used as an open field, upon which mercenary troops were marshalled and sent forth in battle against our fathers.

Such is the character of the blessings which flow from freedom ; such are some of the results proceeding from that independence, and those republican institutions, which we enjoy, and which you assisted to establish ; and to which you first sealed your devotion, with a portion of your blood at the Brandywine. It was the participation in such a cause, and the performance of such deeds, by which you merited the gratitude and gained the devoted friendship of this na-

tion. That friendship has attended you in every subse-
quent event of your life, and it has ever found you, in the
hour of temptation and of trial, faithful to liberty, good order,
and a government of laws. The enthusiasm of youth, might
have attached you to our cause ; the firmness of manhood
and the spirit to withstand oppression, might have sustained
you when suffering in the prison of Olmutz, but a virtuous
love of rational liberty could alone have enabled you to re-
sist the temptations of power and the workings of ambition,
when a mighty revolution had placed you at the head of
the national guards of France, and invited you to wield
the power of that wonderful people.

It was then that danger awaited you. It was then that
the love of principle prevailed over the love of power, and
virtue triumphed over ambition.

It is at such moments, in the possession of power and
apparent prosperity, when human weakness is most ex-
posed. It was in such moments, when a Cæsar, a Napo-
leon, and an Iturbide fell ! It was in such moments when
a Washington, a La Fayette and a Bolivar triumphed.

Gen. La Fayette immediately replied in the following
terms :

It is to me, sir, an inexpressible but deeply felt gratifica-
tion, on this solemn anniversary day, to be able to celebrate
the joyful jubilee of this great and good city of New York ;
where, for the first time after an absence of forty years, I
have enjoyed the happiness to find myself again on Ameri-
can ground ; and where was begun near eleven months
since, that series of welcomes from the American people,
and their representatives, which will fill every one of the
remaining days and the last instant of my life, with a most
lively sense of gratitude and delight.

Now, sir, that gratification is completed, when I am ad-
mitted to appear before this respected body, to offer to the
gentlemen of the senate, my profound acknowledgments for
the favors bestowed upon me by the two branches of the
legislature, and to receive from them those highly valued
marks of their approbation and friendship expressed by you
sir, in so kind and flattering terms, for which I beg you, Mr.

NEW YORK, President, and all of you gentlemen, to accept my warm
July, 1825. and respectful thanks.

General     The *fourth of July* has been the era of a new social or-
La Fayette. der, hitherto unexampled, and founded on the sovereignty
of the people ; on the plain rights of man ; on the practice
of unalloyed self-government. Its results have exceeded
the most sanguine expectations ; its problem has been hap-
pily and practically solved ; and another problem remains
to be solved : how long other nations will prefer paying, at
an immense price, the aristocracy and despotism of a few
privileged oppressors, to the blessings of freedom and equal
rights, under economical and truly representative institu-
tions.

At every step of my visit through the twenty-four United
States, on which you are pleased to congratulate me, I have
had to admire wonders of creation and improvement. No
where can they be more conspicuous, than in the state of
New-York, and in the prodigious progress of this city.
Those western parts which I had left a wilderness, I have
found covered with flourishing towns, highly cultivated
farms, active factories, and intersected by the admirable ca-
nal, already becoming the communication of an immense
trade ; all in consequence of independence, freedom and a
republican spirit.

No higher honor could be bestowed on me, than to have
associated my name, to the two great names you have men-
tioned. To the first of them, sir, whose place is above all
men in my filial heart, my principal boast is, to have been
an adopted son, a faithful disciple. Of the other, no man
can be a more exalted admirer than I am ; and permit me
to observe, that what my friends and myself have only at-
tempted in the other hemisphere, has been, in South Amer-
ica, and under the liberating auspices of his talents and vir-
tues, happily effectuated. But in every testimony from the
people of this state, and their representatives, I am to ac-
knowledge a benevolent kindness, which, if it exceeds my
merits, is equalled by the sentiments of my everlasting de-
votion, respect and gratitude.